RAE A. NEWMAN, as Executrix of the Estate of MAURICE W. NEWMAN, Deceased, Respondent, *v.* CHARLES GLOBUS and Another, Appellants.

Supreme Court, Appellate Term, First Department, April 8, 1927.

Evidence — admissibility — testimony by executrix as to defendants' transaction with decedent opened door as to their testimony as to loan.

In this action by an executrix to recover from defendants the amount of a loan, it was error to exclude testimony by defendants as to the terms of the loan made by decedent after the executrix had testified as to the defendants' transaction with the decedent.

APPEAL by defendants from judgment and order of the City Court of the City of New York in favor of the plaintiff.

*Harry Krauss*, for the appellants.

*Joseph L. Frieder*, for the respondent.

PER CURIAM. Judgment reversed and a new trial ordered, with costs to appellants to abide the event, on the ground that it was error to exclude testimony by the defendants as to the terms of the loan made by decedent after the executrix herself had testified to defendants' transaction with the decedent.

All concur; present, BIJUR, LYDON and LEVY, JJ.